UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:24-cv-30049-MGM

| | |
|---|---|
| LAMIKO TWANET MAGEE | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| AMHERST-PELHAM REGIONAL | ) |
| PUBLIC SCHOOLS and individually | ) |
| MICHAEL MORRIS, and | ) |
| DOREEN CUNNINGHAM, and | ) |
| DOUGLAS SLAUGHTER | ) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, Amherst-Pelham Regional Public School, Michael Morris and Douglas Slaughter in the above-captioned matter.

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
AMHERST-PELHAM REGIONAL
PUBLIC SCHOOLS, MICHAEL MORRIS, and
DOUGLAS SLAUGHTER

Dated: January 6, 2025        By */s/ Nicholas R. Leduc*
                                          Nicholas R. Leduc, Esq., BBO #714359
                                            nleduc@robinsondonovan.com
                                          ROBINSON DONOVAN, P.C.
                                          1500 Main Street, Suite 2300
                                          Springfield, Massachusetts 01115
                                          Phone (413) 732-2301

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 6, 2025.

    *Subscribed under the penalties of perjury.*

                                               */s/ Nicholas R. Leduc*
                                               Nicholas R. Leduc, Esq.